# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** TEXAS
## CORPUS CHRISTI **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| La Playa Restaurants, Inc. | § | Case No. 13-20265 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL B. SCHMIDT, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 246,616.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  409,772.32 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  157,939.43 | |

3) Total gross receipts of $ 567,711.75  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 567,711.75  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 895,995.00 | $ 1,177,130.66 | $ 1,174,323.77 | $ 326,707.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 75,804.68 | 113,154.97 | 113,154.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 44,784.46 | 44,784.46 | 44,784.46 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 507,749.45 | 514,275.85 | 83,064.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 690,718.00 | 263,242.19 | 262,868.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,586,713.00 | $ 2,068,711.44 | $ 2,109,407.47 | $ 567,711.75 |

4)  This case was originally filed under chapter 11 on  06/12/2013 , and it was converted to chapter 7 on  02/19/2014 .  The case was pending for 42 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2017                    By:/s/MICHAEL B. SCHMIDT, Chapter 7 Trustee
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Enclosed Box Trailor | 1129-000 | 4,000.00 |
| Prosperity Bank Acct #807580279 | 1129-000 | 200,000.00 |
| Prosperity Bank Acct #807969095 Reserve acct | 1129-000 | 9,643.07 |
| Prosperity Bank Acct #807970875 Tax account | 1129-000 | 25,145.45 |
| SAle of Hacienda #2 in Victoria and Cafe Maya to Franco | 1129-000 | 35,000.00 |
| SAle of LaPlaya at Saratoga to Trevino | 1129-000 | 121,000.00 |
| SAle of LaPlaya SPID/Weber and Hacienda #1 in Victoria | 1129-000 | 166,666.66 |
| Wells Fargo Checking Acct. | 1129-000 | 1,518.01 |
| Refund from Vendor | 1229-000 | 4,738.56 |
| **TOTAL GROSS RECEIPTS** | | **$ 567,711.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Happy Rock 149 W. 36th St., 12 Floor New York, NY 10018 | | 135,000.00 | NA | NA | 0.00 |
| 4 | Nueces County | 4110-000 | 5,000.00 | 16,758.33 | 15,239.73 | 15,239.73 |
| 6 | Victoria County | 4110-000 | 5,995.00 | 13,250.15 | 11,961.86 | 11,961.86 |
| 2 | Internal Revenue Service | 4210-000 | 750,000.00 | 703,505.12 | 703,505.12 | 292,214.92 |
| 8 | Lp Performance Food Group Of Texas | 4210-000 | NA | 426,064.11 | 426,064.11 | 0.00 |
| 1 | Texas Workforce Commission | 4210-000 | NA | 17,552.95 | 17,552.95 | 7,290.97 |
| TOTAL SECURED CLAIMS | | | $ 895,995.00 | $ 1,177,130.66 | $ 1,174,323.77 | $ 326,707.48 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael B Schmidt | 2100-000 | NA | 31,635.59 | 31,635.59 | 31,635.59 |
| Michael B Schmidt | 2200-000 | NA | 476.56 | 476.56 | 476.56 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George  Adams & Company Insurance Agency LLC | 2300-000 | NA | 548.11 | 548.11 | 548.11 |
| LTD. International Sureties | 2300-000 | NA | 324.12 | 324.12 | 324.12 |
| First National Bank - Vinita | 2600-000 | NA | 6,917.60 | 6,917.60 | 6,917.60 |
| Julio Franco | 2690-000 | NA | 10,000.00 | 5,710.00 | 5,710.00 |
| Sergio Sanchez | 2690-000 | NA | 3,405.77 | 3,405.77 | 3,405.77 |
| Texas Workforce Commission, Cashier | 2690-000 | NA | 433.45 | 433.45 | 433.45 |
| United States Treasury | 2690-000 | NA | 3,295.74 | 3,295.74 | 3,295.74 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| Clerk, US Bankruptcy Court | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| US Bankruptcy Clerk | 2700-000 | NA | 528.00 | 528.00 | 528.00 |
| Office Of The United States Trustee | 2990-000 | NA | 11,375.00 | 11,375.00 | 11,375.00 |
| Law Offices of Michael B. Schmidt | 3110-000 | NA | 0.00 | 33,324.40 | 33,324.40 |
| Law Offices of Michael B. Schmidt | 3220-000 | NA | 0.00 | 8,315.89 | 8,315.89 |
| WARD MCCAMPBELL, PC | 3410-000 | NA | 6,500.00 | 6,500.00 | 6,500.00 |
| WARD MCCAMPBELL, PC | 3420-000 | NA | 12.74 | 12.74 | 12.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 75,804.68 | $ 113,154.97 | $ 113,154.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Purple Sky Enterprises, Llc | 6920-000 | NA | 44,784.46 | 44,784.46 | 44,784.46 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 44,784.46 | $ 44,784.46 | $ 44,784.46 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Texas Attorney General | 5100-000 | NA | 951.77 | 951.77 | 951.77 |
| | National Payment Solutions | 5100-000 | NA | 455.74 | 455.74 | 455.74 |
| 10 | Comptroller Of Public Accounts | 5200-000 | NA | 541.33 | 0.00 | 0.00 |
| 12 | Comptroller Of Public Accounts | 5200-000 | NA | 10,917.72 | 0.00 | 0.00 |
| 27 | Edwardo Espinoza | 5200-000 | NA | 40,363.25 | 68,288.60 | 68,288.60 |
| 7 | Texas Workforce Commission | 5200-000 | NA | 5,179.33 | 0.00 | 0.00 |
| 7 | Texas Workforce Commission | 5200-000 | NA | 4,760.57 | 0.00 | 0.00 |
| | Aaron Garcia | 5300-000 | NA | 400.21 | 400.21 | 400.21 |
| | Abraham Mungia | 5300-000 | NA | 55.34 | 55.34 | 55.34 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adelfina Sanchez | 5300-000 | NA | 748.30 | 748.30 | 748.30 |
| | Alejandro Monjaras | 5300-000 | NA | 339.73 | 339.73 | 339.73 |
| | Angel Melendez | 5300-000 | NA | 75.03 | 75.03 | 75.03 |
| | Anissa Hernandez | 5300-000 | NA | 225.83 | 225.83 | 225.83 |
| | Claribel Pena | 5300-000 | NA | 36.82 | 36.82 | 36.82 |
| | Daniel Sigala | 5300-000 | NA | 70.05 | 70.05 | 70.05 |
| | Daniela Revilla | 5300-000 | NA | 437.42 | 437.42 | 437.42 |
| | David Garnica | 5300-000 | NA | 136.49 | 136.49 | 136.49 |
| | David Gonzales | 5300-000 | NA | 96.97 | 96.97 | 96.97 |
| | Dennis Horton | 5300-000 | NA | 400.93 | 400.93 | 400.93 |
| | Diana Castaneda | 5300-000 | NA | 822.85 | 822.85 | 822.85 |
| | Eduardo Huerta | 5300-000 | NA | 324.90 | 324.90 | 324.90 |
| | Elizabeth Saldana | 5300-000 | NA | 453.77 | 453.77 | 453.77 |
| | Eludi Rosales | 5300-000 | NA | 747.73 | 747.73 | 747.73 |
| | Elvira Pena | 5300-000 | NA | 104.82 | 104.82 | 104.82 |
| | Falcon Rocio | 5300-000 | NA | 406.32 | 406.32 | 406.32 |
| | Francisca Franco | 5300-000 | NA | 657.50 | 657.50 | 657.50 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Francisco Cruz | 5300-000 | NA | 188.09 | 188.09 | 188.09 |
| | Franciss Palomares | 5300-000 | NA | 110.43 | 110.43 | 110.43 |
| | Giselle Muniz | 5300-000 | NA | 63.18 | 63.18 | 63.18 |
| | Heather Maldonado | 5300-000 | NA | 105.74 | 105.74 | 105.74 |
| | Irma Hernandez | 5300-000 | NA | 61.97 | 61.97 | 61.97 |
| | Javier Roque | 5300-000 | NA | 566.28 | 566.28 | 566.28 |
| | Jean C Santamaria | 5300-000 | NA | 310.98 | 310.98 | 310.98 |
| | Jesus Perez | 5300-000 | NA | 110.29 | 110.29 | 110.29 |
| | Jose Jimenez | 5300-000 | NA | 747.05 | 747.05 | 747.05 |
| | Jose Ramirez | 5300-000 | NA | 552.05 | 552.05 | 552.05 |
| | Laura G Castrejon | 5300-000 | NA | 124.42 | 124.42 | 124.42 |
| | Magdalena Galvan | 5300-000 | NA | 627.48 | 627.48 | 627.48 |
| | Marcelo Gonzales | 5300-000 | NA | 150.64 | 150.64 | 150.64 |
| | Maria C Fraile | 5300-000 | NA | 153.87 | 153.87 | 153.87 |
| | Maria Dominguez | 5300-000 | NA | 435.24 | 435.24 | 435.24 |
| | Maria Vargas | 5300-000 | NA | 74.99 | 74.99 | 74.99 |
| | Maritz E Macias | 5300-000 | NA | 100.19 | 100.19 | 100.19 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Matilde Moguel | 5300-000 | NA | 86.68 | 86.68 | 86.68 |
| | Mayra Melendez | 5300-000 | NA | 153.81 | 153.81 | 153.81 |
| | Nancy Martinez | 5300-000 | NA | 231.89 | 231.89 | 231.89 |
| | Nilsa Brawdy | 5300-000 | NA | 292.27 | 292.27 | 292.27 |
| | Rachel Gonzales | 5300-000 | NA | 115.43 | 115.43 | 115.43 |
| | Ramiro V Gamez | 5300-000 | NA | 270.05 | 270.05 | 270.05 |
| | Rene Pena | 5300-000 | NA | 44.27 | 44.27 | 44.27 |
| | Sergio Chaires | 5300-000 | NA | 190.85 | 190.85 | 190.85 |
| | Veronica Aguirre | 5300-000 | NA | 658.40 | 658.40 | 658.40 |
| | Viridiana Perez | 5300-000 | NA | 301.18 | 301.18 | 301.18 |
| 11 | Comptroller Of Public Accounts | 5800-000 | NA | 65,436.95 | 65,436.95 | 0.00 |
| 15 | Comptroller Of Public Accounts | 5800-000 | NA | 31,735.46 | 31,735.46 | 0.00 |
| 18 | Comptroller Of Public Accounts | 5800-000 | NA | 180,307.67 | 180,307.67 | 0.00 |
| 19 | Comptroller Of Public Accounts | 5800-000 | NA | 10,821.52 | 10,821.52 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29 | Comptroller Of Public Accounts | 5800-000 | NA | 30,368.86 | 30,368.86 | 0.00 |
| 9 | Comptroller Of Public Accounts | 5800-000 | NA | 19,664.32 | 19,664.32 | 0.00 |
| 17 | Internal Revenue Service | 5800-000 | NA | 20,161.52 | 20,161.52 | 0.00 |
| 2 | Internal Revenue Service | 5800-000 | NA | 72,714.71 | 72,714.71 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 507,749.45 | $ 514,275.85 | $ 83,064.84 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IFS Insurance Group 259 Mineola Blvd., Ste. 205 Mineola, NY 11501 | | 5,483.00 | NA | NA | 0.00 |
| | Luna Produce 1008 Gibbs St. Houston, Texas 77009 | | 6,282.00 | NA | NA | 0.00 |
| | Marcy Espinosa 15823 Mesa Garden Rd. Houston, Texas 77095 | | 20,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Maldonado 715 Artesian Corpus Christi, Texas 78401 | | 0.00 | NA | NA | 0.00 |
| | Peformance Food Group 12500 West Creek Parkway Richmond, VA 23238 | | 425,000.00 | NA | NA | 0.00 |
| | The Restaurant Repair Company 4227 Center Gate San Antonio, Texas 78217 | | 2,500.00 | NA | NA | 0.00 |
| | Urban Engineering 2725 Swantner St. Corpus Christi, Texas 78404 | | 35.00 | NA | NA | 0.00 |
| | Whittingon, Beavers & Hubbard 5656 S. Staples St., Ste 104 Corpus Christi, Texas 78411 | | 13,000.00 | NA | NA | 0.00 |
| 25 | Guadalupe Elias | 7100-000 | NA | 2,000.00 | 2,000.00 | 0.00 |
| 2 | Internal Revenue Service | 7100-000 | NA | 14,401.16 | 14,401.16 | 0.00 |
| 13 | Jeans Restaurant Supply | 7100-000 | 4,685.00 | 2,585.47 | 2,585.47 | 0.00 |
| 14 | Jeans Restaurant Supply | 7100-000 | NA | 1,325.06 | 1,325.06 | 0.00 |
| 3 | Luigi Ceneri | 7100-000 | 150,000.00 | 153,458.33 | 153,458.33 | 0.00 |
| 23 | Nuco2 | 7100-000 | NA | 3,054.50 | 3,054.50 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Reliant Energy Retail Services | 7100-000 | 12,860.00 | 13,940.03 | 13,940.03 | 0.00 |
| 16 | Sam"s Restaurant Supply | 7100-000 | 33,802.00 | 53,032.00 | 53,032.00 | 0.00 |
| 24 | Sergio Sanchez | 7100-000 | NA | 3,000.00 | 3,000.00 | 0.00 |
| 5 | Southwestern Bell Yellow Pages | 7100-000 | 17,071.00 | 16,071.87 | 16,071.87 | 0.00 |
| 22 | Texas Workforce Commission | 7100-000 | NA | 373.77 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 690,718.00 | $ 263,242.19 | $ 262,868.42 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-20265 | DRJ | Judge: David R Jones |
| Case Name: | La Playa Restaurants, Inc. | | |
| For Period Ending: | 08/09/2017 | | |

| | |
|---|---|
| Trustee Name: | MICHAEL B. SCHMIDT, Chapter 7 Trustee |
| Date Filed (f) or Converted (c): | 02/19/2014 (c) |
| 341(a) Meeting Date: | 04/04/2014 |
| Claims Bar Date: | 06/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  First Victoria Checking - Operating Acct. | 13,877.00 | 0.00 | | 0.00 | FA |
| 2.  Frist Victoria Checking - Tax Acct. | 1,158.00 | 0.00 | | 0.00 | FA |
| 3.  First Victoria Checking - Reserve Acct. | 81.00 | 0.00 | | 0.00 | FA |
| 4.  Capital One Checking Acct. | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Capital One Checking Acct. | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Capital One Checking Acct. | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Wells Fargo Checking Acct. | Unknown | 0.00 | | 1,518.01 | FA |
| 15.  Loan To La Hacienda Del Angel, Inc. | 11,000.00 | 0.00 | | 0.00 | FA |
| 18.  Tabc License | 0.00 | 0.00 | | 0.00 | FA |
| 19.  02 Toyota Tacoma | 5,500.00 | 0.00 | OA | 0.00 | FA |
| 20.  Enclosed Box Trailor | 14,000.00 | 0.00 | | 4,000.00 | FA |
| 21.  La Playa #1 42 - Tables 250 -  Chairs Steam Table Cheese Mak | 215,000.00 | 0.00 | | 0.00 | FA |
| 23.  SAle of LaPlaya SPID/Weber and Hacienda #1 in Victoria (u) | 0.00 | 0.00 | | 166,666.66 | FA |
| 24.  SAle of LaPlaya at Saratoga to Trevino (u) | 0.00 | 0.00 | | 121,000.00 | FA |
| 25.  SAle of Hacienda #2 in Victoria and Cafe Maya to Franco (u) | 0.00 | 0.00 | | 35,000.00 | FA |
| 26.  Refund from Vendor (u) | 0.00 | 0.00 | | 4,738.56 | FA |
| 27.  Prosperity Bank Acct #807580279 | 0.00 | 0.00 | | 200,000.00 | FA |
| 28.  Prosperity Bank Acct #807969095 Reserve acct | 0.00 | 0.00 | | 9,643.07 | FA |
| 29.  Prosperity Bank Acct #807970875 Tax account | 0.00 | 0.00 | | 25,145.45 | FA |
| 30.  Barbeque pit | 0.00 | 0.00 | OA | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $260,616.00 | $0.00 | $567,711.75 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Conversion; businesses sold; 341 in April
another bankruptcy Sanchez 13-20367 was the owner of this debtor which Trustee is pursuing
comingled assets
all assets are being pursued
1/1/16 reviewing docs on principals who may be owed funds from sales

Business was sold, bank accounts closed  a hearing was held on Motion to allow claims, motion granted TFR will be prepared submitted soon - Lisa Perez 7/29/2016

3/15/17 Trustee will have to amend the approved TFR due to a payment made in January after the original TFR was submitted.

3/29/17 Amended TFR sent to UST

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Wells Fargo Asset 7 |
| RE PROP # | 21 | -- | sold with asset #23 and 24 and 25 |
| RE PROP # | 23 | -- | personal property |
| RE PROP # | 24 | -- | personal property |
| RE PROP # | 25 | -- | personal property |
| RE PROP # | 26 | -- | overpayment made to PFG |

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-20265                                                                                    Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee          Exhibit 9

Case Name: La Playa Restaurants, Inc.                                                   Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1803

Checking

Taxpayer ID No: XX-XXX4228                                                              Blanket Bond (per case limit): $69,990,000.00

For Period Ending: 08/09/2017                                                             Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/14 | 23 | Edwardo Espinosa C/O Law Office of Viviana Cavada 9500 Ray White 3200 Ft. Worth, Tx 76244 | Sale of La Playa(Weber) & Hacienda #1 per order #119 Hacienda #a Restaurant at 7702 N. Navarro, Victoria, Texas & La Playa (Weber) 4201 SPID restaurant, Corpus Christi, Texas | 1129-000 | $166,666.66 | | $166,666.66 |
| 03/04/14 | 26 | PFG Performance Food Group PO Box 17849 Denver, Co 80217-0849 | Refund Victoria #MICO22514 | 1229-000 | $4,738.56 | | $171,405.22 |
| 03/05/14 | 24 | Daniel Treveno | partial payment for 5017 Saratoga La Playa Restraunt Sale Price $121,000.00 Daniel Trevino paid $60,000.00 Double M Ventures LLc paid $30000.00 Balance of $31,000.00 due | 1129-000 | $60,000.00 | | $231,405.22 |
| 03/05/14 | 24 | Double M Ventures LLC 7410 Lake Livingston Drive Corpus Chriti, Tx 78413 | paid $30,000.00 toward sale Price of 5017 Saratoga La Playa Sale Price $121,000.00 Daniel Trevino paid $60,000.00 Cashier check Double M Ventures LLc paid $30000.00 Cashier'c check Balance of $31,000.00 due | 1129-000 | $30,000.00 | | $261,405.22 |
| 03/06/14 | 24 | Double M Ventures LLC 7410 Lake Lingston Drive Corpus Christi, Tx 78413 | partial payment of balance of sale 5017 Saratoga La Playa Cashier's check Balance due for sale of La Playa restaurant | 1129-000 | $26,000.00 | | $287,405.22 |
| 03/06/14 | 24 | Daniel Trevino | partial payment for 5017 Saratoga La Playa Restraunt Cashier's check Balance due for sale of La Playa restaurant | 1129-000 | $5,000.00 | | $292,405.22 |

Page Subtotals:                                                     $292,405.22              $0.00

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-20265

Case Name: La Playa Restaurants, Inc.

Taxpayer ID No: XX-XXX4228

For Period Ending: 08/09/2017

Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1803

Checking

Blanket Bond (per case limit): $69,990,000.00

Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/06/14 | 7 | Wells Fargo bank Acct #5305 La Playa Resaurant | Balance in acct #5305 La Playa Restaurant acct<br>Account closure | 1129-000 | $1,433.00 | | $293,838.22 |
| 03/06/14 | 7 | Wells Fargo Acc #1089 La Playa Restuarts | Account Balance of La Playa restuarts Inc. #1089<br>Account closure | 1129-000 | $44.01 | | $293,882.23 |
| 03/06/14 | 7 | Wells Fargo Acct 9760 La Playa Restaurants, Inc. | Account Blance for La Playa Restaurants, Inc. #9760<br>Account closure | 1129-000 | $41.00 | | $293,923.23 |
| 03/19/14 | 25 | Julio Franco | payment for sale of Cafe Maya & Hacienda 2<br>cashier check | 1129-000 | $12,500.00 | | $306,423.23 |
| 03/19/14 | 25 | Julio Franco & Maldonado Law Firm | Sale of 2 restrauants Cafe Maya & Hacienda 2<br>cashier check | 1129-000 | $5,000.00 | | $311,423.23 |
| 03/19/14 | 25 | Julio Franco<br>Cashier check | Sale of 2 restrauants Cafe Maya & Hacienda 2<br>cashier check | 1129-000 | $8,500.00 | | $319,923.23 |
| 03/19/14 | 25 | Franco & Maldonado Law Firm | Sale of 2 restrauants Cafe Maya & Hacienda 2<br>cashier's check | 1129-000 | $4,000.00 | | $323,923.23 |
| 03/20/14 | 25 | Julio Franco | Balance for 2 Restruants Cafe Maya & Hacienda #2<br>Wells Fargo Bank Cashier's check | 1129-000 | $5,000.00 | | $328,923.23 |
| 04/01/14 | 29 | Prosperity Bank | Clsing out Tax account #807970875 | 1129-000 | $25,145.45 | | $354,068.68 |
| 04/01/14 | 28 | PROSPERITY BANK | Closing out Reserve account #807969095 | 1129-000 | $9,643.07 | | $363,711.75 |
| 04/01/14 | 27 | Prosperity Bank<br>500 North Water St. Suite 100<br>Corpus Christi, TX 78401 | Close out of Bank Account #807580279 | 1129-000 | $200,000.00 | | $563,711.75 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page Subtotals: $271,306.53   $0.00

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  13-20265

Case Name:  La Playa Restaurants, Inc.

Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee

Bank Name:  First National Bank - Vinita

Account Number/CD#:  XXXXXX1803

Checking

Taxpayer ID No:  XX-XXX4228

For Period Ending:  08/09/2017

Blanket Bond (per case limit):  $69,990,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/14 | 101 | US Bankruptcy Clerk | Filing fees for Motions to sell, Order #119,  Order #126 & Order #158 La Playa Restaurants sell Order #119 to Eduardo Espinosa Fee $179 La Playa Restaurant sell Order #126 to Daniel Trevino      Fee $179 Cafe Maya Restaurant sell Order #158 Julio Franco  Fee $179 | 2700-000 | | $528.00 | $563,183.75 |
| 04/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $286.39 | $562,897.36 |
| 05/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $570.57 | $562,326.79 |
| 05/08/14 | 106 | Vargas, Maria 11891 Oak Woods Willis, Tx 77378 | pay period 1/20/14 thru 2/2/14 Reversal Wrong address | 5300-000 | | ($74.99) | $562,401.78 |
| 05/08/14 | 102 | Pena, Claribel 4201 SPID Corpus Christi, Texas 78411 | pay 4/7/14 thru 4/11/14 Gross $291.83 Less  Tips -197.83 W/H -50.00 SS  -5.82 Medicare -1.36 | 5300-000 | | $36.82 | $562,364.96 |
| 05/08/14 | 103 | Rosales, Eludi 3338 Holly Rd Apt Corpus Christi, Tx 78415 | pay period 1/20/14 thru 2/2/14 Gross $559.55 Less  W/H -32.00 SS - 34.69 Medicare -8.11 | 5300-000 | | $484.75 | $561,880.21 |
| 05/08/14 | 104 | Hernandez, Irma 1126 Verbena Corpus Chriti, Tx 78405 | pay period for 1/20/14 thru 2/2/14 Gross $665.69 Less tips -598.59 SS -4.16 Medicare -0.97 | 5300-000 | | $61.97 | $561,818.24 |

Page Subtotals: $0.00 $1,893.51

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  13-20265
Case Name:  La Playa Restaurants, Inc.

Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee
Bank Name:  First National Bank - Vinita
Account Number/CD#:  XXXXXX1803
Checking

Taxpayer ID No:  XX-XXX4228
For Period Ending:  08/09/2017

Blanket Bond (per case limit):  $69,990,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/14 | 105 | Perez, Jesus<br>4101 Brett St PO 3<br>Corpus Christi, Tx 78411 | pay period 1/20/14 thru 2/2/14<br>Gross $1,134.63<br>Less Tips -950.24<br>W/H -60.00<br>SS -11.43<br>Medicare -2.67 | 5300-000 | | $110.29 | $561,707.95 |
| 05/08/14 | 106 | Vargas, Maria<br>11891 Oak Woods<br>Willis, Tx 77378 | pay period 1/20/14 thru 2/2/14<br>Gross$81.20<br>Less<br>SS-5.03<br>Medicare -1.18 | 5300-000 | | $74.99 | $561,632.96 |
| 05/08/14 | 107 | Fraile, Maria C<br>1601 Islla Drive<br>Corpus Christi, Tx 78416 | pay period 1/20/14 thru 2/2/14<br>Gross $425.13<br>Less Tips -242.28<br>W/H -15.00<br>SS -11.33<br>Medicare -2.65 | 5300-000 | | $153.87 | $561,479.09 |
| 05/08/14 | 108 | Dominguez, Maria<br>214 Pearse Dr.<br>Corpus Christi, Tx 78415 | pay period 1/20/14 thru 2/2/14<br>Gross $1,139.67<br>Less Tips -577.42<br>W/H -84.00<br>SS -34.86<br>Medicare -8.15 | 5300-000 | | $435.24 | $561,043.85 |
| 05/08/14 | 109 | Moguel, Matilde<br>1126 Verbena<br>Corpus Christi, Tx 78415 | pay period 1/20/14 thru 2/2/14<br>Gross $796.64<br>Less Tips -637.81<br>W/H -60.00<br>SS -9.85<br>Medicare -2.30 | 5300-000 | | $86.68 | $560,957.17 |
| 05/08/14 | 110 | Brawdy, Nilsa<br>6713 Riding Wind Dr.<br>Corpus Christi, Tx 78414 | pay period 1/20/14 thru 2/2/14<br>Gross $693.23<br>LessTips -348.60<br>W/H -26.00<br>SS  -21.36<br>Medicare  -5.00 | 5300-000 | | $292.27 | $560,664.90 |

Page Subtotals:                    $0.00        $1,153.34

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No:  13-20265 | Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee |
| Case Name:  La Playa Restaurants, Inc. | Bank Name:  First National Bank - Vinita |
| | Account Number/CD#:  XXXXXX1803 |
| | Checking |
| Taxpayer ID No:  XX-XXX4228 | Blanket Bond (per case limit): $69,990,000.00 |
| For Period Ending:  08/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/14 | 111 | Perez, Viridiana<br>3113 Crestwater<br>Corpus Christi, Tx 78415 | pay period 1/20/14 thru 2/2/14<br>Gross  $355.37<br>Less<br>W/H -27.00<br>SS    -22.04<br>Medicare  -5.15 | 5300-000 | | $301.18 | $560,363.72 |
| 05/08/14 | 112 | Sanchez, Adelfina<br>3338 Holly Rd #16D<br>Corpus Christi, Texas 78415 | pay period 1/20/14 thru 2/2/14<br>Gross  $875.20<br>Less<br>W/H -78.00<br>SS   -54.26<br>Medicare  -12.69 | 5300-000 | | $730.25 | $559,633.47 |
| 05/08/14 | 113 | Galvan, Magdalena<br>2042 Sherman<br>Corpus Christi, Tx 78416 | pay period 1/20/14 thru 2/2/14<br>Gross  $679.47<br>Less<br>W/H<br>SS  -42.13<br>Medicare  -9.86 | 5300-000 | | $627.48 | $559,005.99 |
| 05/08/14 | 114 | Vargas, Maria<br>640 S. Highway 77 Apt 1702<br>Robstown, Tx 78380-4523 | pay period 1/20/14 thru 2/2/14<br>Gross $81.20<br>Less<br>W/H<br>SS  -5.03<br>Medicare -1.18 | 5300-000 | | $74.99 | $558,931.00 |
| 05/08/14 | 115 | Aguirre, Veronica<br>2102 Sherman<br>Corpus Christi 78416 | pay period 1/20/14 thru 2/2/14<br>Gross $752.99<br>Less<br>W/H -37.00<br>SS   -46.68<br>Medicare  -10.91 | 5300-000 | | $658.40 | $558,272.60 |
| 05/21/14 | 116 | Aaron Garcia<br>5630 Inglewood Dr. #651<br>Corpus Christi, TX 78411 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $477.75<br>W/H -41.00<br>SS -29.62<br>medicare-6.92 | 5300-000 | | $400.21 | $557,872.39 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 19)* | | | Page Subtotals: | | $0.00 | $2,792.51 | |

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  13-20265
Case Name:  La Playa Restaurants, Inc.

Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee
Bank Name:  First National Bank - Vinita
Account Number/CD#:  XXXXXX1803
Checking

Taxpayer ID No:  XX-XXX4228
For Period Ending:  08/09/2017

Blanket Bond (per case limit): $69,990,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/14 | 117 | Alejandro Monjaras<br>214 Pearse Dr.<br>Corpus Christi, Tx 78415 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $402.53<br>W/H -32.00<br>SS -24.96<br>medicare -5.84 | 5300-000 | | $339.73 | $557,532.66 |
| 05/21/14 | 118 | Daniela Revilla<br>10325 Compton Rd<br>Corpus Christi,, Texas 78418 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $525.63<br>W/H -48.00<br>SS -32.59<br>medi -7.62 | 5300-000 | | $437.42 | $557,095.24 |
| 05/21/14 | 119 | Dennis Horton<br>741 Bradshaw<br>Corpus Christi, Tx 78412 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $1038.04<br>Less TIPS -558.42<br>W/H -42.00<br>SS -29.74<br>medicare -6.95 | 5300-000 | | $400.93 | $556,694.31 |
| 05/21/14 | 120 | Falcon Rocio<br>3110 Manitoulin Island<br>Corpus Christi, Tx 78411 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $1050.86<br>Less TIPS -586.40<br>W/H -32.00<br>SS  -30.10<br>medicare -7.04 | 5300-000 | | $406.32 | $556,287.99 |
| 05/21/14 | 121 | Elizabeth Saldana<br>1213 Main Dr.<br>Corpus Christi, Tx  78409 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $521.67<br>W/H -28.00<br>SSS -32.34<br>medicare -7.56 | 5300-000 | | $453.77 | $555,834.22 |
| 05/21/14 | 122 | Palomares, Franciss<br>214 Pearse Dr.<br>Corpus Christi, Tx 78415 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $556.96<br>LESS TIPS -433.06<br>W/H -4.00<br>SS -7.68<br>medicare -1.79 | 5300-000 | | $110.43 | $555,723.79 |

Page Subtotals:                                                $0.00          $2,148.60

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No:  13-20265 | Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee |
| Case Name:  La Playa Restaurants, Inc. | Bank Name:  First National Bank - Vinita |
| | Account Number/CD#:  XXXXXX1803 |
| | Checking |
| Taxpayer ID No:  XX-XXX4228 | Blanket Bond (per case limit):  $69,990,000.00 |
| For Period Ending:  08/09/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/14 | 123 | Heather Maldonado<br>3701 Cimarron Apt #112<br>Corpus Christi,  Texas 78414 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $774-94<br>LESS TIPS -657.19<br>W/H -3.00<br>SS -7.30<br>medicare -1.71 | 5300-000 | | $105.74 | $555,618.05 |
| 05/21/14 | 124 | Marcelo Gonzales<br>1718 Yale St<br>Corpus Christi, Tx 78416 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $588.77<br>LES TIPS -415.90<br>W/H -9.00<br>SS -10.72<br>medicare -2.51 | 5300-000 | | $150.64 | $555,467.41 |
| 05/21/14 | 125 | Rachel Gonzales<br>3206 Cripplecreek #35A<br>San Antonio, Tx 78209 | La Playa 2 pay period 2/3/14<br>thru 2/16/14<br>Gross $952.74<br>LESS TIPS -823.41<br>W/H -4.00<br>SS -8.02<br>medicare -1.88 | 5300-000 | | $115.43 | $555,351.98 |
| 06/04/14 | 20 | Julio Franco | Trailor<br>money order<br>Sale price $1500.00 | 1129-000 | $500.00 | | $555,851.98 |
| 06/04/14 | 20 | Julio Franco | Trailor<br>money order<br>Sale price $1500.00 | 1129-000 | $500.00 | | $556,351.98 |
| 06/06/14 | | First National Bank - Vinita | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $595.55 | $555,756.43 |

| Page Subtotals: | $1,000.00 | $967.36 |
|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-20265

Case Name: La Playa Restaurants, Inc.

Taxpayer ID No: XX-XXX4228

For Period Ending: 08/09/2017

Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1803

Checking

Blanket Bond (per case limit): $69,990,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/14 | 103 | Rosales, Eludi 3338 Holly Rd Apt Corpus Christi, Tx 78415 | pay period 1/20/14 thru 2/2/14 Reversal Gross $559.55 Less  W/H -32.00 SS - 34.69 Medicare -8.11 CHECK RETURNED 5/20/14, NO APARTMENT # CHECK WAS WRONG AMOUNT ALSO | 5300-000 | | ($484.75) | $556,241.18 |
| 06/19/14 | 126 | Clerk, US Bankruptcy Court | Filing fee for Motion to Sale per order #126 Sale of La PLaya Restaurant at 5017 Saratoga | 2700-000 | | $176.00 | $556,065.18 |
| 06/19/14 | 127 | Clerk, U.S. Bankruptcy Court | Filing fee for Motion to sale per order #158 Sale of Hacienda #2 Restaurant @ 3402 Houston Highway, Victoria Texas, Cafe Maya Restaurant on 2319 Morgan Ave., Corpus Christi, Texas | 2700-000 | | $176.00 | $555,889.18 |
| 06/19/14 | 128 | Rosales, Eludi 3338 Holly Rd Apt #148 Corpus Christi, Tx 78415 | La Playa 2 pay period 2/3/14 thru 2/16/14 Gross Pay  $897.00 W/H -81.00 SS  -55.64 medi  -13.01 | 5300-000 | | $747.73 | $555,141.45 |
| 06/19/14 | 129 | Chaires, Sergio 4510 Acushnet Corpus Christi, Texas 78413 | La Playa 2 pay period 2/3/14 thru 2/16/14 Gross $1,422.33 LESS TIPS  -$1200.52 W/H -14.00 SS  -13.75 medi -3.21 | 5300-000 | | $190.85 | $554,950.60 |

| | | | | Page Subtotals: | $0.00 | $805.83 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-20265

Case Name: La Playa Restaurants, Inc.

Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1803

Checking

Taxpayer ID No: XX-XXX4228

For Period Ending: 08/09/2017

Blanket Bond (per case limit): $69,990,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/14 | 130 | Franco, Francisca 214 Pearse Dr. Corpus Christi, Tx 78415 | pay check for pay period 2/3/14 thru 2/16/14 Gross $781.27 Less W/H -64.00 SS -48.44 Medicare -11.33 | 5300-000 | | $657.50 | $554,293.10 |
| 06/27/14 | 131 | National Payment Solutions 5650 Whiteville Raod Ste 210 PO Box 4219 Columbus, GA 31914-0219 | Returned Child Support checks pd per order #181 Should be UTC code 5700, unable to put in | 5100-000 | | $455.74 | $553,837.36 |
| 07/08/14 | | First National Bank - Vinita 102 W. Illinois Avenue Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $572.48 | $553,264.88 |
| 07/09/14 | 20 | Sam's Restaurant Supply Inc 1611 N. Laurent St. Victoria, Texas 77901 | purchase of trailer box trailer | 1129-000 | $4,000.00 | | $557,264.88 |
| 07/18/14 | 132 | Law Offices of Michael B. Schmidt 401 Grant Place Corpus Christi, Tx 78411 | Expenses & Fee per order #183 Time period  Feb. 18,02014 thru May 30, 2014 Fee $25277.50 Exp $431.09 | | | $25,708.59 | $531,556.29 |
| | | of Michael B. Schmid, Law Offices | per order #183                    ($25,277.50) | 3110-000 | | | |
| | | of Michael B. Schmid, Law Offices | per order #183                        ($431.09) | 3220-000 | | | |
| 07/31/14 | 133 | WARD MCCAMPBELL, PC 711 N. Carancahua, Ste. 1730 Corpus Christi, Texas  78401 | Fees & expenses pd per order #185 Fees March 14, 2014 thru June 19, 2014 $6500.00 Exp  $12.74 | | | $6,512.74 | $525,043.55 |
| | | WARD MCCAMPBELL, PC | ($6,500.00) | 3410-000 | | | |
| | | WARD MCCAMPBELL, PC | ($12.74) | 3420-000 | | | |
| 08/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $582.12 | $524,461.43 |

Page Subtotals:                                    $4,000.00          $34,489.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  13-20265
Case Name:  La Playa Restaurants, Inc.

Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee
Bank Name:  First National Bank - Vinita
Account Number/CD#:  XXXXXX1803
Checking

Taxpayer ID No:  XX-XXX4228
For Period Ending:  08/09/2017

Blanket Bond (per case limit): $69,990,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/14 | 134 | Texas Attorney General | Case #0012453080 Cause #11-8-71983-C NCP - CAMPOS, iGNACIO  CP: GAMEZ, CARMEN KEREN as of 7/30/14 pd per order #192 | 5100-000 | | $951.77 | $523,509.66 |
| 09/08/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $558.33 | $522,951.33 |
| 09/17/14 | 105 | Perez, Jesus 4101 Brett St PO 3 Corpus Christi, Tx 78411 | pay period 1/20/14 thru 2/2/14 Reversal Gross $1,134.63 Less Tips -950.24 W/H -60.00 SS -11.43 Medicare -2.67 STOP PAYMENT ON CHECK | 5300-000 | | ($110.29) | $523,061.62 |
| 09/30/14 | 112 | Sanchez, Adelfina 3338 Holly Rd #16D Corpus Christi, Texas 78415 | pay period 1/20/14 thru 2/2/14 Reversal Gross  $875.20 Less W/H -78.00 SS  -54.26 Medicare  -12.69 | 5300-000 | | ($730.25) | $523,791.87 |
| 09/30/14 | 110 | Brawdy, Nilsa 6713 Riding Wind Dr. Corpus Christi, Tx 78414 | pay period 1/20/14 thru 2/2/14 Reversal Gross $693.23 LessTips -348.60 W/H -26.00 SS  -21.36 Medicare  -5.00 | 5300-000 | | ($292.27) | $524,084.14 |
| 09/30/14 | 135 | Sanchez, Adelfina 5322 Wharton Corpus Christi, Texas 78415 | pay period 2/3 thru 2/16/14 pd per order #151 REPLACING CHECK #112 Do not have breakdown | 5300-000 | | $748.30 | $523,335.84 |

| | | | Page Subtotals: | | $0.00 | $1,125.59 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  13-20265

Case Name:  La Playa Restaurants, Inc.

Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee

Bank Name:  First National Bank - Vinita

Account Number/CD#:  XXXXXX1803

Checking

Taxpayer ID No:  XX-XXX4228

For Period Ending:  08/09/2017

Blanket Bond (per case limit): $69,990,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/14 | 136 | George  Adams & Company Insurance Agency LLC<br>George Adams<br>4501 Cartwright Road<br>Suite 402<br>Missouri, Texas 77459 | 2014 bond payment | 2300-000 | | $548.11 | $522,787.73 |
| 10/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $538.58 | $522,249.15 |
| 10/14/14 | 137 | Sergio Sanchez<br>13255 Roddfield Road #32<br>Corpus Christi, Tx 78412 | pd per order #196, reimbursement for supplies paid | 2690-000 | | $3,405.77 | $518,843.38 |
| 11/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $553.27 | $518,290.11 |
| 12/05/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $532.60 | $517,757.51 |
| 12/29/14 | 138 (20) | Julio Franco | Refund for deposit on trailer unable to get from Benny Sanchez | 1129-000 | ($1,000.00) | | $516,757.51 |
| 01/08/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $549.71 | $516,207.80 |
| 02/06/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $548.16 | $515,659.64 |
| 02/16/15 | 139 | Texas Workforce Commission, Cashier<br>PO Box 149037<br>Austin, Texas 78714-9037 | Acct # 12-755362-9 Bankruptcy Estate of LaPlaya Restaurants, Inc.<br>TWC for  Quarter ending 4/30/14 | 2690-000 | | $433.45 | $515,226.19 |
| 02/16/15 | 140 | United States Treasury<br>Internal Revenue Service<br>PO Box 37940<br>Hartford, CT 06176-7940 | 2014 Form 940  EIN #26-3844228  Bankruptcy Estate of La Playa Restraunts, Inc. | 2690-000 | | $96.32 | $515,129.87 |

Page Subtotals:                                                    ($1,000.00)          $7,205.97

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-20265
Case Name: La Playa Restaurants, Inc.

Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1803
Checking

Taxpayer ID No: XX-XXX4228
For Period Ending: 08/09/2017

Blanket Bond (per case limit): $69,990,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/16/15 | 141 | United States Treasury<br>Internal Revenue Service<br>PO Box 37940<br>Hartford, CT 06176-7940 | 2014 Form 941   EIN #26-3844228 | 2690-000 | | $3,199.42 | $511,930.45 |
| 02/20/15 | 142 | Franco, Julio | Order to reimburse by Order #202<br>Monies cashed by Sunrise | 2690-000 | | $5,710.00 | $506,220.45 |
| 03/06/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $492.85 | $505,727.60 |
| 04/07/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $536.99 | $505,190.61 |
| 05/26/15 | 143 | Law Offices of Michael B. Schmidt<br>401 Grant Place<br>Corpus Christi, Tx 78411 | Fees & expenses pd per order #210<br>June 1, 1014 thru April 27, 2015<br>Fee $7884.80<br>Expenses $365.96 | | | $8,250.76 | $496,939.85 |
| | | Law Offices of Michael B. Schmidt | ($365.96) | 3120-000 | | | |
| | | Law Offices of Michael B. Schmidt | ($7,884.80) | 3110-000 | | | |
| 10/07/15 | 144 | LTD. International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2015 Bond<br>Payment/#016067214 | 2300-000 | | $201.06 | $496,738.79 |
| 10/23/15 | 145 | Nueces County<br>C/O Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, Llp<br>Po Box 17428<br>Austin, Tx 78760 | pd per order #216 | 4110-000 | | $15,239.73 | $481,499.06 |
| 10/23/15 | 146 | Victoria County<br>C/O Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, Llp<br>Po Box 17428<br>Austin, Tx 78760 | pd per order #216 | 4110-000 | | $11,961.86 | $469,537.20 |

Page Subtotals: $0.00  $45,592.67

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-20265
Case Name: La Playa Restaurants, Inc.

Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1803
Checking

Taxpayer ID No: XX-XXX4228
For Period Ending: 08/09/2017

Blanket Bond (per case limit): $69,990,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/16 | 147 | Eduardo Espinoza C/O Josephine E. Soliz 3506 N. Ben Wilson, Ste C Victoria, Tx 77901 | Settlment per order #224 | 5200-000 | | $68,288.60 | $401,248.60 |
| 08/15/16 | 148 | US Bankruptcy Clerk 1133 N. Shoreline Corpus Christi, TX 78401 | Funds into Registry of the Court per order #239 Names and amounts on order #239 unclaimed funds | | | $5,667.10 | $395,581.50 |
| | | Mungia, Abraham | ($55.34) | 5300-000 | | | |
| | | Sigala, Daniel | ($70.05) | 5300-000 | | | |
| | | Garnica, David | ($136.49) | 5300-000 | | | |
| | | Huerta, Eduardo | ($324.90) | 5300-000 | | | |
| | | Cruz, Francisco | ($188.09) | 5300-000 | | | |
| | | Muniz, Giselle | ($63.18) | 5300-000 | | | |
| | | Roque, Javier | ($566.28) | 5300-000 | | | |
| | | Santamaria, Jean C | ($310.98) | 5300-000 | | | |
| | | Jimenez, Jose | ($747.05) | 5300-000 | | | |
| | | Ramirez, Jose | ($552.05) | 5300-000 | | | |
| | | Castrejon, Laura G | ($124.42) | 5300-000 | | | |
| | | Macias, Maritz E | ($100.19) | 5300-000 | | | |
| | | Melendez, Mayra | ($153.81) | 5300-000 | | | |
| | | Martinez, Nancy | ($231.89) | 5300-000 | | | |
| | | Gamez, Ramiro V | ($270.05) | 5300-000 | | | |
| | | Melendez, Angel | ($75.03) | 5300-000 | | | |

Page Subtotals:     $0.00     $73,955.70

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-20265 | Trustee Name: MICHAEL B. SCHMIDT, Chapter 7 Trustee | |
| Case Name: La Playa Restaurants, Inc. | Bank Name: First National Bank - Vinita | |
| | Account Number/CD#: XXXXXX1803 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4228 | Blanket Bond (per case limit): $69,990,000.00 | |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Hernandez, Anissa | ($225.83) | 5300-000 | | | |
| | | Gonzales, David | ($96.97) | 5300-000 | | | |
| | | Pena, Elvira | ($104.82) | 5300-000 | | | |
| | | Perez, Jesus | ($110.29) | 5300-000 | | | |
| | | Brawdy, Nilsa | ($292.27) | 5300-000 | | | |
| | | Pena, Rene | ($44.27) | 5300-000 | | | |
| | | Castaneda, Diana | ($822.85) | 5300-000 | | | |
| 10/04/16 | 149 | LTD. International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | 2016 Bond payment | 2300-000 | | $123.06 | $395,458.44 |
| 01/03/17 | 150 | Law Offices of Michael B. Schmidt 401 Grant Place Corpus Christi, Tx 78411 | attorney fee per order #245 Third and Final | 3110-000 | | $7,680.94 | $387,777.50 |
| 07/13/17 | 151 | Michael B Schmidt Michael B Schmidt 401 Grant Corpus Christi, TX  78411 | Distribution final Trustee per order #267 | | | $32,112.15 | $355,665.35 |
| | | Michael B Schmidt | Final distribution representing a payment of 100.00 % per court order. ($31,635.59) | 2100-000 | | | |
| | | Michael B Schmidt | Final distribution representing a payment of 100.00 % per court order. ($476.56) | 2200-000 | | | |
| 07/13/17 | 152 | Office Of The United States Trustee <B>(Administrative)</B> 606 N. Carancahua St., Ste. 1107 Corpus Christi, Tx 78401 | Final distribution to claim 26 representing a payment of 100.00 % per court order. | 2990-000 | | $11,375.00 | $344,290.35 |
| 07/13/17 | 153 | Purple Sky Enterprises, Llc C/O Lynn H. Butler Husch Blackwell Llp 111 Congress Ave., Suite 1400 Austin, Tx 78701 | Final distribution to claim 20 representing a payment of 100.00 % per court order. | 6920-000 | | $44,784.46 | $299,505.89 |
| | | | Page Subtotals: | | $0.00 | $96,075.61 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  13-20265
Case Name:  La Playa Restaurants, Inc.

Taxpayer ID No:  XX-XXX4228
For Period Ending:  08/09/2017

Trustee Name:  MICHAEL B. SCHMIDT, Chapter 7 Trustee
Bank Name:  First National Bank - Vinita
Account Number/CD#:  XXXXXX1803
Checking
Blanket Bond (per case limit): $69,990,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/17 | 154 | Texas Workforce Commission Regulatory Integrity Division 101 E 15Th St Room 556 Austin Tx 78778-0001 | Final distribution to claim 1 representing a payment of 41.54 % per court order. | 4210-000 | | $7,290.97 | $292,214.92 |
| 07/13/17 | 155 | Internal Revenue Service 300 E 8th Street STOP 5026AUS Austin, TX  78701 | Final distribution to claim 2 representing a payment of 41.54 % per court order. | 4210-000 | | $292,214.92 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $567,711.75 | $567,711.75 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $567,711.75 | $567,711.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $567,711.75 | $567,711.75 |

Page Subtotals:                                    $0.00        $299,505.89

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1803 - Checking | $567,711.75 | $567,711.75 | $0.00 |
| | $567,711.75 | $567,711.75 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $567,711.75 |
| Total Gross Receipts: | $567,711.75 |

Page Subtotals:                                    $0.00            $0.00